IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

PLATTE RIVER INSURANCE COMPANY )
and DARWIN NATIONAL ASSURANCE )
COMPANY, )
)
    Plaintiffs, )
)
v. ) Case No. CIV-09-213-KEW
)
SEMINOLE HEALTH CENTER d/b/a )
SEMINOLE MEDICAL CENTER; )
LUTHER WILLIAMS; )
CONNIE FAY WILLIAMS; )
HUSSEIN TORBATI, P.A.C.; )
HARRY CHAYNE FISHER, D.O.; )
and JEFFREY L. WATTS, M.D., )
)
    Defendants. )

## J U D G M E N T

Upon consideration of the various summary judgments filed by the parties to this action, this Court by separate order entered on this date determined that the insurance policies issued by Plaintiff offered no coverage for the incidents and acts alleged in the case of <u>Luther Williams, Jr. and Connie Fay Williams v. Seminole Health Center, L.L.C., d/b/a Seminole Medical Center, et al.</u>, Case No. S-CJ-2008-47 pending in the District Court in and for Seminole County, Oklahoma.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this declaratory judgment be entered in favor of Plaintiffs, Platte River Insurance Company and Darwin National Assurance Company and against Defendants as outlined in this Court's order entered this date.

IT IS SO ORDERED this 30th day of September, 2010.

*(signature)*
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE